HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLT, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WIRELESS ADVOCATES, LLC and CAR TOYS INC.<br><br>    Defendants. | NO: 2:19-cv-00646-JLR<br><br>[PROPOSED] ORDER RE MOTION TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES |

THIS MATTER comes before the Court on Plaintiff Tylt, Inc.'s Motion to Extend Deadline to Join Additional Parties.

Based on the pleadings submitted, the Court rules as follows:

IT IS HEREBY ORDERED that the deadline to join additional parties be extended from August 6, 2019, to November 1, 2019.

DATED this 21ST day of August, 2019.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE MOTION TO EXTEND
DEADLINE FOR JOINING ADDITIONAL PARTIES - 1
(Case No. 2:19-cv-00646-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

*Presented by:*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Tyler L. Farmer*
By: *s/Kristin E. Ballinger*
    Tyler L. Farmer, WSBA #39912
    Kristin E. Ballinger, WSBA #28253
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:   (206) 623-1700
    Fax:  (206) 623-8717
    Email: tylerf@harriganleyh.com
    Email: kristinb@harriganleyh.com

NOVIAN & NOVIAN, LLP

By: *s/Farhad Novian*
By: *s/Andrew B. Goodman*
    Farhad Novian *(admitted pro hac vice)*
    Andrew B. Goodman *(admitted pro hac vice)*
    1801 Century Park East, Suite 1201
    Los Angeles, CA 90067
    Tel:   (310) 553-1222
    Email: Farhad@novianlaw.com
    Email: AGoodman@NovianLaw.com

*Attorneys for Tylt, Inc.*

[PROPOSED] ORDER RE MOTION TO EXTEND
DEADLINE FOR JOINING ADDITIONAL PARTIES - 2
(Case No. 2:19-cv-00646-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered with the Court's ECF system for the above-captioned case.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/Tyler L. Farmer_
 Tyler L. Farmer, WSBA #39912
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 Phone: (206) 623-1700
 Fax: (206) 623-8717
 Email: tylerf@harriganleyh.com

*Attorney for Tylt, Inc.*

[PROPOSED] ORDER RE MOTION TO EXTEND
DEADLINE FOR JOINING ADDITIONAL PARTIES - 3
(Case No. 2:19-cv-00646-JLR)

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717